UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
03 NOV 21 PM 2:09

| | |
|---|---|
| In re ) | |
| ) | |
| EVERGREEN SECURITY, LTD., ) | Case No. 01-00533-6B1 |
| ) | |
| Debtor. ) | 6:03-CV-1677-ORL-28KRS |
| ) | |
| ──────────────── ) | |
| ) | |
| R.W. CUTHILL, JR., TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | Adversary No. 02-110 |
| ) | |
| vs. ) | |
| ) | |
| HAROLD JAMES KIME and FIRST ) | |
| AMERICAN LIFE AND HEALTH ) | |
| INSURANCE CORPORATION, ) | |
| ) | |
| Defendant, ) | |
| ) | |

## TRANSMITTAL OF RECORD TO DISTRICT COURT

This is an appeal/cross appeal pursuant to 28 U.S.C. § 158(a) from a final order or judgment of the Bankruptcy Court entered in an adversary proceeding in this bankruptcy case.

The party or parties included in the appeal/cross appeal to the District Court are:

APPELLANT/CROSS APPELLEE:  Harold J. Kime and First American Life and Health Insurance Corporation

ATTORNEY:  Wallace F. Stalnaker, Jr.

Phone:  (407) 862-7500

APPELLEE/CROSS APPELLANT:  R.W. Cuthill, Jr., Trustee

ATTORNEY:  R. Scott Shuker

Phone:  (407) 481-5808

ADDITIONAL PARTIES IN INTEREST INCLUDE:

> Kenneth C. Meeker, Esquire
> Assistant United States Trustee
> Suite 620
> 135 West Central Boulevard
> Orlando, Florida 32801
> (407) 648-6301

The title of the order appealed is the Order and Judgment for Plaintiff (Document No. 47) and Amended Order as to Case Numbers (Document No. 49) entered by the Bankruptcy Court on June 5, 2003 and June 6, 2003.

The items included in this transmittal pursuant to F.R.B.P. 8006 are:

1. Certified copies of the adversary proceeding docket sheets 02-110 and 01-167 and the main case docket sheet.

2. Certified copy of the order or judgment appealed and a certified copy of the decision upon which it is based.

3. Certified copy of the notice of appeal and a certified copy of the notice of cross-appeal.

4. Designation of the record and supplemental designation of the record of the Appellant/Cross-Appellee.

5. Designation of the record of the Appellee/Cross-Appellant.

6. Statement of issues on appeal of the Appellant/Cross-Appellee.

7. Statement of issues on appeal of the Appellee/Cross-Appellant.

8. Pleadings and other papers designated by the parties.
   (Pleadings designated in Adversary Proceeding 01-167 are under seal and copies are being transmitted under seal.)

9. Exhibits received in evidence on December 23, 2002.

10. Transcripts of the hearings held on September 5, 2002, November 20, 2002, December 2, 2002, December 13, 2002, December 23, 2002, February 5, 2003 and March 4, 2003 which were designated on June 26, 2003, June 30, 2003 and July 8, 2003.

The debtor's county of residence is Orange County, Florida.

David K. Oliveria, Clerk of Court

Dated: 11/21/03      By: _Alison Hall_
                          Deputy Clerk